1134        47 NEW YORK SUPPLEMENT

sion, Second Department. October 19, 1897.) Action by Ellen J. Coxhead against Albert L. Johnson and James M. Edwards. No opinion. Motion for leave to appeal to the court of appeals granted.

CROWELL, Appellant, v. CRYSTAL BEACH STEAMBOAT & FERRY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Lyman F. Crowell against the Crystal Beach Steamboat & Ferry Company. No opinion. Judgment and order affirmed, with costs.

CUNNINGHAM, Appellant, v. SYRACUSE IMP. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Patrick Cunningham against the Syracuse Improvement Company. No opinion. Motion for leave to appeal to the court of appeals granted, and question certified as stated in the notice of motion. See 46 N. Y. Supp. 954.

CURTIN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. October 26, 1897.) Action by Ann Curtin against the Metropolitan Street-Railway Company. Henry A. Robinson, for appellant. Alfred and Charles Steckler, for respondent.

CONLAN, J. Appeal from a judgment entered on a verdict of a jury, and from an order denying a motion for a new tral. This action was brought to recover damages for injuries sustained by the plaintiff, through the cars of the defendant, on the 4th day of October, 1895. The case is singularly free from exceptions, and we are asked to reverse the judgment on the ground that the plaintiff was guilty of contributory negligence. This question, we think, was fairly submitted to the jury, and the judgment ought not to be disturbed. Judgment affirmed, with costs. FITZSIMONS, J., concurs.

DAVIS, Respondent, v. VILLAGE OF SARATOGA SPRINGS, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1897.) Action by John B. Davis against the village of Saratoga Springs. No opinion. Judgment affirmed, with costs.

DEMMEL, Respondent, v. OLEAN ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Barbara Demmel, an infant, by Peter Demmel, her guardian ad litem, against the Olean Electric Light & Power Company. No opinion. Judgment and order affirmed, with costs.

DEPARTMENT OF BUILDINGS, Respondent, v. DICK, Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by the Department of buildings against Robert Dick. F. A. Camp, for appellant. J. M. Mayer, for respondent. No opinion. Judgment affirmed, with costs.

DEUTSCHMAN, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by Jacob Deutschman against the Third Avenue Railroad Company. N. Ottinger, for appellant. A. I. Sire, for respondent. No opinion. Judgment affirmed, with costs.

DILG, Appellant, v. KUPPER, Respondent. (Supreme Court, Appellate Term. October 1, 1897.) Action by Christian Dilg against Fritz Kupper. H. A. Sperry, for appellant. A. P. Wagener, for respondent. No opinion. Reversed and new trial ordered, with costs to appellant to abide event. See 45 N. Y. Supp. 1138.

DILLON, Respondent, v. METROPOLITAN MILK & CREAM CO., Appellant. (Supreme Court, Appellate Term. October 1, 1897.) Action by Michael E. Dillon against the Metropolitan Milk & Cream Company. J. Kaufman, for appellant. R. Hurry, for respondent. No opinion. Affirmed, with costs.

DISE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. October 26, 1897.) Action by David Dise against the Metropolitan Street-Railway Company. Henry A. Robinson, for appellant. Manheim & Manheim, for respondent. PER CURIAM. There is a preponderance of evidence in plaintiff's favor, proving that the injuries complained of were caused by reason of defendant's negligence, and that he was not guilty of contributory negligence. The verdict of the jury in so finding must be sustained. No error, in our opinion, was committed upon the trial. Judgment affirmed, with costs.

DODD v. BELL et al. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by James Dodd, an infant, etc., against Winslow M. Bell and others. No opinion. Motion for a reargument, or for leave to appeal to the court of appeals, denied. See 44 N. Y. Supp. 198.

DODGE, Respondent, v. ROSENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Horace F. Dodge against Morris Rosenberg, impleaded, etc. No opinion. Judgment and order affirmed, with costs.

In re DOWD. (Supreme Court, Appellate Division, First Department. May 14, 1897.) In the matter of Daniel L. Dowd. No opinion. Motion denied, with leave to appellant to move to open default in the court below upon payment of $10 costs. See 44 N. Y. Supp. 1094.

In re DOWD. (Supreme Court, Appellate Division, First Department. October 15, 1897.) In the matter of the application of Cornelia Dowd. No opinion. Motion granted, with $10 costs. See 44 N. Y. Supp. 1094.

DREW v. LONGWELL et al. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by David Drew against Randall Longwell and others. No opinion. Order affirmed, with $10 costs and disbursements.

DYKMAN, Respondent, v. KEENEY et al., Defendants (BINNS, Appellant). (Supreme